1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

FILED

FEB  4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

Alhambra Mail & Parcel
3104 "O" Street
Sacramento, CA 95816
Specifically -- Box No. 235 and Any Other
Location Within the Facility Storing Items
Addressed to Box No. 235 as
Rented by "George Allen Miller"

NO. 2:08-SW-0586-EFB

ORDER UNSEALING THE SEARCH
WARRANT APPLICATION,
ACCOMPANYING AFFIDAVIT AND
ATTACHMENTS, SEARCH
WARRANT AND SEARCH
WARRANT RETURN

Upon the application of the United States, and good cause appearing, IT IS HEREBY ORDERED that the Search Warrant Application, accompanying Affidavit and Attachments, Search Warrant and Search Warrant Return are unsealed.

DATED: Feb 3, 2010

GREGORY G. HOLLOWS
United States Magistrate Judge